NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLAUDE L. HILL,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-3564
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____  )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

PER CURIAM.

          Affirmed.

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.